# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1213
_____

T.M.V.,

Petitioner,

v.

STATE OF FLORIDA, DEPARTMENT
OF HEALTH,

Respondent.

_____

Petition for Review of Non-Final Agency Action—Original Jurisdiction.

May 3, 2024

PER CURIAM.

DISMISSED.

RAY, BILBREY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Sara A. Bazzigaluppi of the Chapman Law Group, Sarasota, for Petitioner.

Sarah Young Hodges, Chief Appellate Counsel, Florida Department of Health, Tallahassee, for Respondent.